**Order entered April 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01438-CR
No. 05-13-01439-CR
No. 05-13-01444-CR
No. 05-13-01445-CR

**MARCUS BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F05-43794-H, F05-43793-H, F13-24413-H, F13-24416-H**

## ORDER

The Court **REINSTATES** the appeals.

On March 25, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 14, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the March 25, 2014 order requiring findings.

We **GRANT** the April 14, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE